FILED BY ___ C. D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE   05 OCT 24  PM 5:06
WESTERN DIVISION

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 03-20169-B |
| | * | & 04-20375 ✓ |
| PATRICK D. MAXWELL, | * | |
| Defendant. | * | |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, PATRICK D. MAXWELL, currently set for November 1, 2005, is hereby GRANTED, and the sentencing is hereby reset to **Nov. 2**, 2005, at **2:00 pm**

DONE at Memphis, Tennessee, this **24th** day of **Oct**, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _Thomas H. Colthurst_
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on **10-25-05**

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CR-20375 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Harold D. Archibald
ARCHIBALD & HALMON
22 North Front Street
Ste. 790
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT